**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT SHUMAN : <br> : <br> Plaintiff, : <br> v. : <br> : <br> HARTFORD FINANCIAL SERVICES : <br> GROUP, INC. d/b/a THE HARTFORD : <br> : <br> and : <br> : <br> TRUMBULL INSURANCE COMPANY : <br> : <br> and : <br> : <br> ABC CORPORATIONS #1-10 and JOHN : <br> DOE #1-10 : <br> : <br> Defendants. : | NO. 2:23-cv-03963 |

## **DEFENDANTS' FRCP 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Trumbull Insurance Company, a Connecticut corporation, states that this entity is a wholly owned subsidiary of The Hartford Financial Services Group, Inc., a Delaware corporation.  The undersigned counsel for Defendant, The Hartford Financial Services Group, Inc., a Delaware corporation with its principal place of business in Hartford, Connecticut, states that this entity is a publicly traded corporation that has no parent corporation.  To the best of the company's knowledge, no publicly held corporation currently owns 10% or more of its common stock.

|  |  |
|---|---|
|  | BUTLER WEIHMULLER KATZ CRAIG LLP |
|  | s/Michael S. Savett<br>MICHAEL S. SAVETT, ESQ.<br>msavett@butler.legal<br>1818 Market Street, Suite 2740<br>Philadelphia, PA  19103<br>Telephone: (215) 405-9191<br>Facsimile:  (215) 405-9190<br>*Attorney for Defendants, The Hartford Financial Services Group, Inc. (improperly named as Hartford Financial Services Group, Inc.) d/b/a The Hartford and Trumbull Insurance Company* |
| Dated:  October 13, 2023 |  |

## **CERTIFICATE OF SERVICE**

I, Michael S. Savett, hereby certify that, on this 13th day of October, 2023, a true and correct copy of the foregoing FRCP 7.1 Disclosure Statement has been served via the Court's Electronic Filing System on the following counsel of record:

> J. Ryan Behrmann, Esq.
> Wieand Law Firm LLC
> 1800 JFK Blvd., Suite 1400
> Philadelphia, PA 19103
> *Attorneys for Plaintiff*

s/Michael S. Savett
MICHAEL S. SAVETT, ESQ.